Jacques FLOYD, Plaintiff—Appellant,

v.

Superintendent HINES; Tommy Page, Captain; Lieutenant Owens; Sergeant Stires, Defendants—Appellees.

No. 05–6318.

United States Court of Appeals, Fourth Circuit.

Submitted: June 27, 2005.

Decided: July 26, 2005.

Jacques Floyd, Appellant pro se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacques Floyd appeals the district court's order and judgment granting summary judgment and dismissing his civil rights complaint. We have reviewed the record and the district court's order and affirm for the reasons of the district court. *See Floyd v. Hines,* No. CA–03–958 (E.D.N.C. Jan. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*